NANCY A. DeS. GALIETTA et al., Appellants-Respondents, v. COMMERCIAL INSURANCE COMPANY, Respondent-Appellant.— In a derivative action pursuant to statute (Insurance Law, § 167, subd. 1, par. [b]), in which the plaintiffs, on the basis of an automobile liability policy issued by the defendant, seek judgment against said insurer for the amount of a judgment in their favor in a negligence action previously instituted by them against the persons insured, the parties cross-appeal from so much of an order of the Supreme Court, Orange County, dated May 2, 1961, as denied their respective motions for summary judgment (Rules Civ. Prac., rule 113). Defendant claims that it had cancelled the insurance policy by reason of the fraud of the named insured who had falsely represented that she was the owner of the automobile, whereas in fact the actual owner was the person who operated it at the time of the accident. Order, insofar as appealed from, affirmed, without costs. We agree with the Justice at Special Term that issues of fact are presented and that such issues must be resolved after a plenary trial. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

 NICHOLAS DE VITO et al., Appellants, v. RICHARD WOITOWITZ, Respondent.— In an automobile negligence action to recover damages for injury to person and property, plaintiffs appeal from an order of the Supreme Court, Kings County, dated January 12, 1962, which, upon reargument, denied their motion for summary judgment. Plaintiffs also appeal from the court's original decision of November 7, 1961. Order affirmed, with $10 costs and disbursements. No opinion. Appeal from decision dismissed; no appeal lies from a decision. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

 RICHARD H. GENZ et al., Respondents, v. MILTON SLINGERLAND, Appellant, et al., Defendant.— In a negligence action to recover damages for personal injuries, defendant Slingerland appeals from an order of the Supreme Court, Westchester County, made February 20, 1962 after a pretrial hearing, which granted plaintiffs' motion for a preference in trial, pursuant to subdivisions (a) and (b) of rule 2A of the Westchester County Supreme Court Rules. Order reversed, without costs, and motion for a preference denied, without prejudice to a further application for a preference, if plaintiffs be so advised (see *Abramson* v. *Kenwood Labs., Inc.,* 17 A D 2d 626). Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.